UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNIE E. FORKNER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT G. FORKNER,<br><br>　　　　　　　Defendant. | No.   2:16-CV-00125-SMJ<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

The Court has reviewed this case and is fully informed. Plaintiff filed her complaint seeking a judgment from this Court imposing a lien on Defendant's property in order to effectuate a previous monetary judgment Plaintiff obtained against Defendant in the District Court of Spokane County. ECF Nos. 1 and 5. However, the Court lacks jurisdiction in this case. There is no federal question at issue, diversity jurisdiction does not exist, nor can the Court exercise *in rem* jurisdiction. As such, the complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk's Office is directed to **CLOSE** this file.

//

//

//

ORDER **-** 1

**IT IS HEREBY ORDERED**. The Clerk's Office is directed to enter this Order, enter judgment accordingly, and provide copies to all parties.

**DATED** this 16th day of September 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2